UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MICROSOFT CORPORATION,

                              Plaintiff,

        -against-

JOHN DOES 1-5,

                             Defendants.
----------------------------------------------------------------X

**PERMANENT INJUNCTION & ORDER**

15-CV-6565 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

      Plaintiff Microsoft Corporation requests a permanent injunction against five John Doe Defendants, anonymous individuals who operate the so-called "Dorknet" botnet. For the reasons set forth in the court's accompanying Memorandum and Order, the court GRANTS a permanent injunction with the following terms:

      It is hereby ORDERED that:

(1)    Defendants, their representatives, and persons who are in active concert or participation with them, are permanently enjoined, directly or indirectly, from:

    (a)    intentionally accessing and sending malicious software or code to Microsoft and the protected computes and operating systems of Microsoft's customers and associated member organizations, without authorization, in order to infect those computers and make them part of any botnet;

    (b)    sending malicious code to configure, deploy and operate a botnet;

    (c)    configuring, deploying, operating, or otherwise participating in or facilitating the botnet described in the TRO Application, including but not limited to the command and control software hosted at and

      (d)    operating through the Internet domains, domain name servers, and IP addresses;

      (d)    downloading or offering to download additional malicious software onto the computers of Microsoft's customers; or

      (e)    undertaking any similar activity that inflicts harm on Microsoft, Microsoft's customers, or the public.

(2)    Defendants forfeit their ownership interest and control of the Subject Domains, as identified in Appendix A to this order.

SO ORDERED.

Dated: Brooklyn, New York  
March 31, 2017

s/Nicholas G. Garaufis  
NICHOLAS G. GARAUFIS  
United States District Judge